IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| CHARITY COLLINS, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:12-cv-00246 |
| | ) | JUDGE MATTICE |
| v. | ) | JUDGE LEE (BY CONSENT) |
| | ) | JURY DEMAND |
| WAL-MART STORES EAST, L.P., | ) | |
| Defendant. | ) | |

**AGREED ORDER**

Pursuant to the agreement of the parties, as evidenced by the signatures of counsel below, and with the permission of this Court, the above-captioned matter shall be governed by the following schedule:

1. For good cause shown, the testimony of all medical or other healthcare experts, including treating healthcare providers, records reviewers, and/or independent medical experts, shall be presented by depositions for evidence instead of live at trial.

2. The deadline for plaintiff to complete such depositions for evidence [in accordance with Fed. R. Civ. P. 26(a)(2)(C)] is April 15, 2013.

3. The deadline for defendant to complete all such depositions is June 15, 2013.

IT IS SO **ORDERED**.

Entered this         day of                    , 2013.

                           s/    *Susan K. Lee*
                           **SUSAN K. LEE**
                           **UNITED STATES MAGISTRATE JUDGE**

**APPROVED FOR ENTRY:**

s/ Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorneys for defendant


s/ Timothy M. Bunsic (with express permission by M. de Quesada)
Timothy M. Bunsic, No. 27020
TIMOTHY M. BUNSIC, PLLC
1125 W. First North Street, Suite 1
Morristown, TN 37814-4553
(423) 587-0041
Attorney for plaintiff


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be sent via the Court's electronic filing system to: Timothy M. Bunsic, attorney for plaintiff, 1125 W. First North Street, Suite 1, Morristown, TN 37814-4553, on this the 11TH day of February, 2013.

s/ Maria T. de Quesada

F:\MTQ\MTQ\A\Collins, Charity\Agreed order re depositions for proof of healthcare providers.02.11.13.TO FILE.wpd